AO 91 (Rev. 02/09) Criminal Complaint **FELONY**

United States Courts
Southern District of Texas
FILED
*November 04, 2026*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

United States of America
v.
1. Reyna Delfina BEAR Hernandez
2. Angel VELEZ Salas
*Defendant*

Case No. **1:26-MJ-1306**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **November 3, 2026** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **21** U.S.C. § **841, 846**, an offense described as follows:

Knowingly and intentionally possess with the intent to distribute approximately 56.28 kilograms of cocaine, a Schedule II Controlled Substance and with persons known and unknown did knowingly and intentionally enter into an agreement to knowingly and intentionally possess with intent to distribute approximately 56.28 kilograms of cocaine, a Schedule II Controlled Substance, which is the object of the conspiracy.

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Francisco J. Mata, Special Agent
Homeland Security Investigations
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on November 4, 2026.

Date: November 4, 2026

*Judge's signature*

City and state: Brownsville, Texas

Karen Betancourt, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On Tuesday, November 3, 2026, a white Toyota Corolla driven by Reyna Delfina BEAR Hernandez attempted to enter the U.S. via the Brownsville and Matamoros International Port of Entry (POE) in Brownsville, Texas. CBP officers obtained a negative declaration from BEAR, who stated she was on her way to drop off her nephew at school.

A Z-PORTAL (x-ray) scan of the vehicle revealed an anomaly behind the rear seat area. A K9 search of the Toyota Corolla yielded a positive alert for a trained odor emitting from the passenger rear seat area.

CBP officers inspected the rear passenger seat and discovered a non-factory, man-made compartment between the rear seat and the trunk of the vehicle and located twenty brick-like packages wrapped in black tape with an approximate weight of 20.56 kilograms.

Homeland Security Investigations (HSI) special agents responded and allowed BEAR to depart the POE under surveillance. Agents subsequently followed BEAR to an apartment complex, where she met with Angel VELEZ Salas, who was standing near his black Jeep Cherokee. HSI special agents then approached and detained BEAR and VELEZ.

VELEZ provided consent to search his Jeep Cherokee which revealed an additional 10 brick-like packages with an approximate weight of 11 kilograms. A subsequent search of VELEZ's apartment resulted in the seizure of an additional 24.72 kilograms.

Several of the packages were probed and yielded a white powdery substance. A field test of the white powder yielded positive results for the characteristics of cocaine.

After a post-Miranda interview of BEAR, BEAR claimed knowledge of the compartment and the narcotics within her vehicle. BEAR further stated this was her first time and that she was to deliver the narcotics to VELEZ.

A total of 56.28 kilograms of cocaine was seized from BEAR and VELEZ.

Francisco J. Mata, Special Agent
Homeland Security Investigations

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on November 4, 2026.

Karen Betancourt
United States Magistrate Judge